IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JACQUELYN LARISSA DIXON                                    PLAINTIFF

v.                        No. 4:20-cv-817-DPM

LIFE INSURANCE COMPANY OF
NORTH AMERICA and SALINE
HOSPITAL, LLC, d/b/a/ Saline
Memorial Hospital                                          DEFENDANTS

## JUDGMENT

Dixon's complaint is dismissed with prejudice. The Court retains jurisdiction until 23 February 2021 to enforce the parties' settlement.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 December 2020