**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JACQUELYN LARISSA DIXON**                                                              **PLAINTIFF**

**VS.**                                         **NO. 4:20-cv-00817-DPM**

**LIFE INSURANCE COMPANY OF
NORTH AMERICA**                                                                           **DEFENDANTS**

**PARTIES' JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jacquelyn Larissa Dixon and Defendant Life Insurance Company of North America, by and through their respective counsel, after having met the terms of the Settlement Agreement, stipulate that all claims in the above-styled action shall be and are the same hereby dismissed with prejudice. Each party shall bear its own costs, attorney's fees, and expenses of litigation.

DATED this 6th day of January, 2021.

Respectfully submitted,

| | |
|---|---|
| _____ | _____ |
| Brandon W. Lacy (AR BPR#2003098) | James M. Brodzik (Admitted *Pro Hac Vice*) |
| **LACY LAW FIRM** | **HINSHAW & CULBERTSON, LLP** |
| 630 S. Main Street | 521 W. Main, Suite 300 |
| Jonesboro, AR 72401 | Belleville, IN 62220 |
| Telephone: (870) 277-1144 | Telephone: (618) 277-2400 |
| Email: brandon@lacylawfirm.com | Email: jbrodzik@hinshawlaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |